■ CLAIRE HUDDLESON, Respondent, v UPPER NEW YORK REALTY et al., Appellants.—Order and judgment unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Plaintiff contends that she was injured when a door at a mall owned by defendants closed too fast, causing her to fall. After a bifurcated trial on the issue of liability, the jury found defendants negligent and returned a verdict in plaintiff's favor. We reverse. Plaintiff's proof failed to establish that there was a dangerous condition or that there was any defect in the door (see, Birdsall v Montgomery Ward & Co., 109 AD2d 969, 971, affd 65 NY2d 913; Koch v Otis El. Co., 10 AD2d 464, 467). (Appeal from Order and Judgment of Supreme Court, Onondaga County, Pooler, J.—Negligence.) Present—Denman, P. J., Pine, Lawton, Boehm and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS YULFO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Mischief, 3rd Degree.) Present —Callahan, J. P., Green, Balio, Davis and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK J. ZIRPOLA, Appellant.—Appeal unanimously dismissed (see, People v Lesesne, 172 AD2d 1070, lv denied 78 NY2d 1012). (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Robbery, 1st Degree.) Present—Callahan, J. P., Green, Balio, Davis and Doerr, JJ.